UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEFFREY W. WILEMON                                                              PLAINTIFF

V.                                                      CIVIL ACTION NO.1:02CV174-JAD

FORD MOTOR COMPANY, INC.                                                  DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, summary judgment is granted for the defendant, and this case is dismissed with prejudice.

**IT IS SO ORDERED**.

THIS the 21st day of September, 2006.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE